IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 128 MOC WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL MARTIKAINEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Government's Request for Remote Appearance (Doc. 37) and Defendant's Unopposed Motion to Allow Hearings to be Conducted Remotely and/or by Videoconference (Doc. 38).

For the reasons stated therein, the Motions will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Government's Request for Remote Appearance (Doc. 37) is **GRANTED** and witnesses from the medical staff at FMC Butner will be allowed to testify remotely from their facility.

2. The Defendant's Unopposed Motion to Allow Hearings to be Conducted Remotely and/or by Videoconference (Doc. 38) is **GRANTED**. Defendant shall remain housed at FMC Butner pending the upcoming hearing and is permitted to appear remotely for that proceeding.

3. The Clerk is respectfully directed to schedule the hearing described by the undersigned's prior Order at the earliest date that is reasonably practical.

Signed: January 11, 2021

W. Carleton Metcalf
United States Magistrate Judge