UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cr-128-MOC-WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PAUL MARTIKAINEN**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss without Prejudice the Bill of Indictment in this case. (Doc. No. 59). The Government explains in the motion that Defendant has been civilly committed in the Eastern District of North Carolina, so he remains unavailable to the Court for prosecution. The Government further notes that it has consulted with defense counsel concerning this motion, and defense counsel does not object.

The Government's Motion to Dismiss, (Doc. No. 59), is **GRANTED**, and the Bill of Indictment is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: March 27, 2023

Max O. Cogburn Jr
United States District Judge